J. GATARZ & SONS, INC. v. EUGENE HASKIN.

December 9, 1980.

Petition for certification denied.

JERSEY CITY POLICE OFFICERS BENEVOLENT ASSOCIATION v. THE CITY OF JERSEY CITY.

December 9, 1980.

Petition for certification denied.

HUDSON CITY SAVINGS BANK v. HAMPTON GARDENS, LTD.

December 9, 1980.

Petition for certification granted.